1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 168973)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6831
7      Facsimile: (415) 436-6982
       E-mail: aaron.wegner@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   No.   CR-10-0014-CRB
                                    )
15       Plaintiff,                 )   [PROPOSED] ORDER AND
                                    )   STIPULATION EXCLUDING TIME
16   v.                             )   FROM SEPTEMBER 22, 2010, TO
                                    )   OCTOBER 20, 2010, FROM THE SPEEDY
17 RUBEN RODRIGUEZ,                 )   TRIAL ACT CALCULATION (18 U.S.C. §
                                    )   3161(h)(7)(A))
18       Defendant.                 )
                                    )
19 _____  )

20

21       On September 22, 2010, the parties appeared before the Court for a hearing on the

22 defendant's motion to suppress. At the conclusion of the hearing, the Court denied the

23 defendant's motion and set the matter for a status conference on October 20, 2010.

24       With the agreement of the parties, and with the consent of the defendant, the Court enters

25 this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

26 from September 22, 2010, through October 20, 2010.

27       The parties agree, and the Court finds and holds, as follows:

28       1. The defendant agrees to an exclusion of time under the Speedy Trial Act from

1  September 22, 2010, through October 20, 2010, based upon the need for effective preparation of
2  counsel and to provide the defendant an opportunity to continue discovery review. The
3  defendant agrees to this exclusion on the condition that his right to bring motions claiming
4  Speedy Trial Act violations prior to September 22, 2010, shall remain preserved.
5       2. Counsel for the defense believes that the exclusion of time is in his client's best
6  interest.
7       3. Given these circumstances, the Court finds that the ends of justice served by excluding
8  the period from September 22, 2010, through October 20, 2010, outweigh the best interest of the
9  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
10      4. Accordingly, and with the consent of the defendant, the Court orders the period from
11 September 22, 2010, through October 20, 2010, shall be excluded from Speedy Trial Act
12 calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED: September 24, 2010          /s/
                                   CHRISTOPHER J. CANNON
                                   Attorney for Defendant

DATED: September 24, 2010          /s/
                                   AARON D. WEGNER
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED: Sept. 27 2010
                                   HON. CHARLES R. BREYER
                                   United States District Judge

2