MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov
           waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-0014-CRB |
|     Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PRETRIAL FILING DEADLINES |
|   v. ) | |
| RUBEN RODRIGUEZ, ) | Date: November 29, 2011 |
|     Defendant. ) | Time: 10:00 a.m. |

    The parties hereby jointly advise that this afternoon, November 22, 2011, they engaged in a settlement conference presided over by the Honorable U.S. Magistrate Judge Nathanael Cousins, in an effort to resolve the above-referenced case. As a result of that settlement, the parties believe that they have reached a tentative resolution; however, the defendant has asked for an additional three days, until Friday, November 25, 2011, so that he may consider the matter with his family over the Thanksgiving holiday. The United States has agreed to this request.

    While both parties anticipated filing several pleadings today, November 22, 2011, in anticipation of the scheduled November 29 pretrial conference in this matter, and in light of the possible resolution, the parties jointly stipulate and request the Court to allow any pretrial

STIPULATION AND PROPOSED ORDER
10-0014 CRB

1  pleadings to be filed on November 25, 2011.  In the event that the defendant accepts the
2  proposed resolution on November 25, 2011, the parties will immediately notify the Court, so that
3  it may vacate both the scheduled jury selection on November 28, 2011, and the pretrial
4  conference on November 29, 2011.

6  DATED:       November 22, 2011                         Respectfully submitted,

7                                                         MELINDA HAAG
                                                          United States Attorney

9  /s/ Christopher Cannon                                 /s/ S. Waqar Hasib
   CHRISTOPHER CANNON                                     AARON D. WEGNER
   Counsel for Ruben Rodriguez                            S. WAQAR HASIB
10                                                        Assistant United States Attorneys

13 SO ORDERED.

15 _____
   HON. CHARLES R. BREYER
   United States District Judge



STIPULATION AND PROPOSED ORDER
10-0014 CRB