IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN RODRIGUEZ,<br><br>    Defendant.<br>_____/ | No. CR 10-14 CRB<br><br>**ORDER DENYING SENTENCE REDUCTION** |

Ruben Rodriguez has moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10 based on Amendment 782. See Motion (dkt. 137). Assuming that the amendment applies to Rodriguez's sentence, his new advisory guideline range would be 97 to 121 months. See Sentence Reduction Investigation Report (dkt. 138). But the Court varied downward substantially and sentenced Rodriguez to 96 months; this sentence still represents a below-guidelines sentence even in light of recent amendments. The Court thus declines to reduce Rodriguez's sentence further and his Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 19, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE